```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

KENNETH J. SPRECHER                                    PLAINTIFF

    v.                    No. 08-5010

SCOTT PARKS, Public Defender,
et al.                                                DEFENDANTS

## O R D E R

Now on this 3rd day of July, 2008, comes on for consideration the Report and Recommendation filed herein on June 10, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  (Doc. 8.)  No objections to the Report and Recommendation have been filed.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows:  The Report and Recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, plaintiff's complaint is dismissed on the grounds that it is frivolous, seeks relief from individuals immune from suit, and fails to state a claim.  See 28 U.S.C. § 1915(e)(2)(B).

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE